# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:07-cr-142 |
| | | Also Case No. 3:10-cv-409 |
| Plaintiff, | : | |
| - vs - | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| WILLIAM J. PIKE, JR., | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #55) , to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion to Vacate under §2255 is DISMISSED with prejudice.  Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

January 5, 2011                *s/THOMAS M. ROSE*

                                                Thomas M. Rose
                                                United States District Judge